UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA HAGEMEYER and BRUCE HAGEMEYER,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | NO. CV-04-3061-RHW<br><br>**ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER** |

Before the Court is the parties' Joint Motion to Vacate the Scheduling Order and Requesting a Scheduling Conference (Ct. Rec. 36). The parties ask for a telephonic scheduling conference and an amended scheduling order due to their inability to engage in any meaningful discovery. The Court agrees that an amended scheduling order is appropriate under these circumstances.

Accordingly, **IT IS HEREBY ORDERED**:

1. A telephonic scheduling conference is **set** for Friday, **February 24, 2006**, at **2:00 p.m.** The parties shall call the court conference line at (509) 353-3180, at the time scheduled.

2. The parties shall file an amended joint scheduling certificate not less than **10 days** before the conference in accordance with the Notice Setting Court's Scheduling Conference (Ct. Rec. 10).

///
///
///

ORDER GRANTING JOINT MOTION
TO VACATE SCHEDULING ORDER * 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order and forward copies to counsel.
3     **DATED** this 8th day of February, 2006.

                                             s/Robert H. Whaley
                                          ROBERT H. WHALEY
                                  Chief United States District Judge

Q:\CIVIL\2004\Hagemeyer\newconference.ord.wpd

ORDER GRANTING JOINT MOTION
TO VACATE SCHEDULING ORDER * 2